**The relief described hereinbelow is SO ORDERED.**

**Signed August 26, 2019.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO

| | |
|---|---|
| In Re: | Chapter 13 |
| SCOTT ALLEN LUEPKE | |
| KERI MICHELLE LUEPKE | |
| | Case No. 19-60467-RBK |
| Debtor(s) | |

## ORDER CONFIRMING THE DEBTOR'S PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Further the Debtor represents that the Debtor's plan or amended plan, filed on June 28, 2019 and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 Plan is confirmed;

(2) Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

(3) Notwithstanding any provisions of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4) Miscellaneous Provisions (if Applicable)

The Debtor(s) agree to modify the plan after the bar date if necessary, should the plan fail to pay 100%, fail to pass the §1325 (a)(4) liquidation test or to the unsecured pool amount, whichever is less. Should the Debtor(s) fail to modify the plan, the Trustee shall be authorized to submit a Motion to Modify the Confirmed Plan on their behalf. The non-exempt property value is $51,401.24.00. The amount required to pay general unsecured claims under §1325(b)(2) is $86,334.00.

Debtor shall submit duplicate copies of executed annual tax returns to the Chapter 13 Trustee within (30) days of filing with the Internal Revenue Service annually until the plan is completed. The Trustee reserves the right to review and pursue increases in disposable income.

The Clerk is directed to serve a copy of this order upon the Debtor, counsel for the Debtor, the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

Confirmation Recommended by

/s/ Ray Hendren
Ray Hendren Ch13 Trustee
4505 Spicewood Springs Rd
Suite 205
Austin , TX  78759

###